An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PREFERRED BUILDERS SELF-
INSURED GROUP; AND YORK RISK
SERVICES GROUP, INC.,

                    Appellants,

vs.

RAFAEL BENAVIDEZ,

                    Respondent.

No. 64216

**FILED**

DEC 0 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: ___Matt Pinlin___

cc:  Chief Judge, The Eighth Judicial District Court
     Hon. Joseph T. Bonaventure, Senior Judge
     Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
     Law Offices of Virginia L. Hunt
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-39124